IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO RAMOS MEDINA,<br><br>Defendant. | CR 20–07–BU–DLC<br><br><br>ORDER |

Pursuant to Standing Order No. BMM-27, the parties were to "file briefs stating their positions as to the defendant's eligibility for reduction; whether a reduction should be made; and, if so, the extent of the reduction" "within seven days of receipt of the final presentence report addendum." The final presentence report addendum was sent January 29, 2024, and the parties' briefs were due February 5, 2024. No briefs have been filed.

Accordingly, IT IS ORDERED that the parties shall file their respective briefs by February 13, 2024, or file a joint status report updating the Court on the status of the above-captioned matter.

DATED this 6th day of February, 2024.

*/s/ Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court